IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHRHONDA GREEN, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No: 1:23-cv-55-DAE |
| BLALACK & WILLIAMS, P.C. | § | |
| | § | |
| | § | |
| Defendant | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Court, after considering the Parties' Stipulated Motion to Dismiss with Prejudice and representations by counsel that all matters in controversy between the Parties have been resolved and that the Parties desire all matters in controversy between them to be dismissed with prejudice, finds that such dismissal is appropriate and in the interests of justice. The Motion is GRANTED. (Dkt. # 12.) Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims that were asserted in this cause or that could have been asserted in this cause by the Parties are hereby DISMISSED WITH PREJUDICE to the Parties' right to re-file same or any part thereof. It is further,

ORDERED, ADJUDGED, AND DECREED that all court costs shall be borne by the party incurring same.

All other further relief requested is hereby DENIED. This is a final order disposing of all claims in this suit. The CLERK is INSTRUCTED to **CLOSE THE CASE.**

Signed on this the 8th day of June, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE